**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SERIJO MIQUEL,

    Petitioner,

v.                                         CASE NO. 8:04-CV-1918-T-30TGW
                                                                           8:03-CR-124-T-30TGW

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

This matter comes before the Court for consideration of Petitioner's Affidavit of Indigency in which he seeks leave to proceed on appeal *in forma pauperis* (Dkt. 18). Petitioner's request for issuance of a certificate of appealability was denied on November 1, 2005, *see* Dkt. 15.

UPON consideration, the Court **ORDERS** that Petitioner's request to proceed on appeal *in forma pauperis* is **DENIED** (Dkt. 18).

**DONE** and **ORDERED** in Tampa, Florida on November 28, 2005.

                                                       JAMES S. MOODY, JR.
                                                       UNITED STATES DISTRICT JUDGE

<u>Copy furnished to</u>:
All Parties/Counsel of Record

SA:jsh